UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.F., a minor by and through her guardian ad litem, REGINA FERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>KERN HIGH SCHOOL DISTRICT, et al.,<br><br>Defendants. | No. 1:19-cv-01571-DAD-JLT<br><br>ORDER APPOINTING GUARDIAN AD LITEM<br><br>(Doc. No. 2) |

On November 2, 2019, Regina Fernandez filed a petition to be appointed guardian ad litem for plaintiff C.F. for purposes of this action. (Doc. No. 2.)

"District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). Under Rule 17, "[t]he court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2). Local Rule 202(a) of this court further states, in pertinent part:

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor . . . the attorney representing the minor or incompetent person shall present . . . a motion for the appointment of a guardian *ad litem* by the Court, or . . . a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person. *See* Fed. R. Civ. P. 17(c).

1

The decision to appoint a guardian ad litem "must normally be left to the sound discretion of the trial court." *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986).

Regina Fernandez petitions the court to appoint her as guardian ad litem to plaintiff C.F., a minor child. Petitioner states that she is the mother of plaintiff C.F., a responsible person, and fully competent to act as guardian ad litem to C.F. Finding good cause, the court grants the petition (Doc. No. 2) and appoints Regina Fernandez guardian ad litem of C.F., a minor and plaintiff in this action.

IT IS SO ORDERED.

Dated: **November 18, 2019**

UNITED STATES DISTRICT JUDGE