# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.F., by and through her guardian ad litem REGINA FERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>KERN HIGH SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: 1:19-cv-01571- DAD JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION AS TO DEFENDANT BRANDI BALL AND TO UPDATE THE DOCKET<br><br>(Doc. 13) |

The parties have stipulated to the dismissal of defendant Brandi Ball "from all causes of action" without prejudice. (Doc. 13 at 1) In addition, the parties stipulated to the dismissal of the sixth cause of action to the extent it was stated against defendants Ed Watts and Robert Moore. (*Id.* at 2) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), a plaintiff may dismiss claims "without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all remaining parties that have appeared signed the stipulation, it "automatically" terminated the identified claims. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Thus, the Clerk of Court is **DIRECTED** to close this action only as to Defendant Brandi Ball and update the docket.

IT IS SO ORDERED.

Dated: **January 13, 2020**      /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE