# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.F., by and through her guardian ad litem REGINA FERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>KERN HIGH SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: 1:19-cv-01571 DAD JLT<br><br>ORDER GRANTING STIPULATION TO AMEND CASE SCHEDULE<br>(Doc. 28) |

The parties have stipulated to amend the case schedule. (Doc. 28) They explain that the criminal prosecution of defendant McKinsey has complicated and delayed discovery. Id. at 2-3. They contend also that the COVID-19 pandemic has also posed delays.[1] Id. at 3.  Thus, the Court **ORDERS** the case schedule amended as follows:

1. The parties SHALL complete all non-expert discovery no later than September 1, 2021;

2. The parties SHALL complete all non-expert discovery no later than October 1, 2021. This requires them to disclose experts no later than May 2, 2021 and any rebuttal experts no later than June 2, 2021;

3. Any non-dispositive and dispositive motions SHALL be filed no later than October

---

[1] The Court understands that some of these delays cannot be avoided.  However, the delays that can be avoided, such as deposition by remote means—must be employed.

1

15, 2021 and heard no later than November 16, 2021;

    4.    The pretrial conference is CONTINUED to January 31, 2022 at 1:30 p.m.

IT IS SO ORDERED.

Dated: **September 26, 2020**        **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE