**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C.F., by and through her guardian ad litem REGINA FERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERN HIGH SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-01571- DAD JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE<br><br>(Doc. 30) |

The parties have stipulated to continue the settlement conference for six months to allow Mr. McKinsey's criminal trial to be completed. (Doc. 30 at 2) The Court **GRANTS** the stipulation and **CONTINUES** the settlement conference to June 18, 2021 at 1:00 p.m.

IT IS SO ORDERED.

　Dated:　**December 10, 2020**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE