1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C.F., a minor, by and through her Guardian ad Litem, ) <br> REGINA FERNANDEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KERN HIGH SCHOOL DISTRICT; et al., ) <br> ) <br> Defendants. ) <br> ) | **CASE NO.: 1:19-CV-01571-DAD-JLT** <br><br> **ORDER GRANTING STIPULATION TO EXTEND DEADLINES RELATED TO EXPERTS** <br> **(Doc. 34)** |

Based upon the stipulation of the parties, the Court **ORDERS** the scheduling order to be amended as follows:

1.    The parties SHALL disclose all expert witnesses not later than January 4, 2022 and any rebuttal experts no later than February 4, 2022.

2.    The parties SHALL complete all expert discovery no later than April 4, 2022.

**No other deadlines in the case schedule are amended and the Court does not anticipate granting a further amendment to the case schedule.**

IT IS SO ORDERED.

   Dated:    __November 1, 2021__                _____ /s/ Jennifer L. Thurston__
                                    CHIEF UNITED STATES MAGISTRATE JUDGE