UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.F., a minor, by and through her guardian ad litem REGINA FERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>KERN HIGH SCHOOL DISTRICT, et al.,<br><br>Defendants. | No. 1:19-cv-01571-DAD-BAK (HBK)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL AND DISMISSING THIS ACTION<br><br>(Doc. No. 38) |

On April 21, 2022, plaintiff filed a notice of settlement to advise the court that the parties had reached a settlement of this action. (Doc. No. 37.) As provided for in the parties' settlement agreement, on April 27, 2022, plaintiff filed a request for voluntary dismissal of this action, with prejudice. (Doc. No. 38.) Pursuant to Rule 41 of the Federal Rules of Civil Procedure and good cause appearing, the court orders as follows:

1. Plaintiff's request for voluntary dismissal of this action (Doc. No. 38) is granted;
2. This action is dismissed with prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 2, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

1